**JASON K. SINGLETON, SB# 166170**
**RICHARD E. GRABOWSKI, SB#236207**
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177 / FAX 441-1533

Attorney for Plaintiff, JOHN HOPKINS

**IT IS SO ORDERED**
*Judge Marilyn H. Patel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOPKINS, <br>         Plaintiff(s), <br> v. <br><br> CHAMPAKBHAI PATEL, SUDHABEN C. PATEL, dba ECONOMY INN, et al., <br><br>         Defendant(s). | CASE NUMBER <br><br> C-05-5252 MHP <br><br> NOTICE OF DISMISSAL PURSUANT RULE 41(a) OR (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (Check one)

■    This action is dismissed by the Plaintiff (s) in its entirety.

☐    The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.

☐    The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐    The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐    **ONLY** Defendants _____

are dismissed from

(Circle one)  (Complaint)   Counterclaim,  Cross-claim,  Third Party Claim

brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DATED:   March 15, 2006

*Jason K. Singleton*
Digitally signed by Jason K. Singleton
DN: cn=Jason K. Singleton, c=US, o=LAW OFFICE OF JASON K. SINGLETON
Reason: I am the author of this document
Date: 2006.03.15 13:00:25 -08'00'

Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.